O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-7181 AHM (VBKx)<br>CV 07-7184 AHM (VBKx)*<br>CV 09-6625 AHM (VBKx) | Date | September 18, 2012 |
|---|---|---|---|
| Title | MIGUEL INIGUEZ v. EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE, INC., et al. **consolidated with** TRUJILLO v. EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, et al. **consolidated with** CONCEPCION LINO v. EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE INC. et al | | |

Present: The Honorable        A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

The Court ORDERS this case (CV09-06625-AHM (VBKx)) consolidated for all purposes with CV07-07181 AHM (VBKx) and CV07-07184-AHM (VBKx). All parties are reminded to attend the status conference on Monday, September 24 at 2:00 p.m.

All subsequent filings in all cases shall be filed under CV07-07181-AHM (VBKx), *Miguel Iniguez v. Evergreen Aviation Ground Logistics, Inc.,* and the new consolidated caption shall include all case numbers and captions.

                                                                                    :
                                            Initials of Preparer        SMO