**LINK:** JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV07-7181 GAF (VBKx)<br>CV07-7184 GAF (VBKx)*<br>CV09-6625 GAF (VBKx) | Date | October 18, 2013 |
|---|---|---|---|
| Title | MIGUEL INIGUEZ v. EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE, INC., et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** |
|---|---|

| Stephen Montes Kerr | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers)**

A Statement Regarding Settlement was filed on May 1, 2013.

On August 21, 2013, the Court issued a Text Only Entry ordering the parties to file a Stipulation and Proposed Order Dismissing the action on or before September 30, 2013 or, in the alternative a Joint Status Report.

The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time and no dismissal was filed.

To date, however, no dismissal and/or status report has been filed with this Court. Accordingly, the Court hereby dismisses the action without prejudice for failure to respond to the Court's Order.

IT IS SO ORDERED.

                                                                                                    :

Initials of Preparer                                                                   SMO